■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RODRIGUEZ, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about November 16, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Marlow, Sullivan, McGuire and Malone, JJ.